EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                        | 2023 TSPR 42  |
|                               |               |
| Derrick J. Rodríguez Morales  | 211 DPR ___   |

Número del Caso:  TS-12,654


Fecha:  5 de abril de 2023


Abogada del peticionario:

    Lcda. Wilma Cadilla Vázquez


Materia:  Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Derrick J. Rodríguez Morales

**TS-12,654**

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 5 de abril de 2023.

Examinada la *Solicitud de reinstalación,* así como la *Moción informativa y para someter certificado,* se provee Ha Lugar y se reinstala al Sr. Derrick J. Rodríguez Morales únicamente al ejercicio de la abogacía.

En vista de la reinstalación decretada, se reactiva y ordena el archivo de la queja **AB-2006-0330**.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Martínez Torres proveería No Ha Lugar a la solicitud de reinstalación y emite la siguiente expresión:

> "Si bien estoy de acuerdo con archivar la queja AB-2006-0330, ordenaría al Sr. Derrick J. Rodríguez Morales someterse a que se reactive la otra queja que pende en su contra, como requisito para

considerar su reinstalación. Las quejas se deben adjudicar antes de decretar la reinstalación, no luego. Se protege así el interés público al prevenir que una persona no capacitada éticamente practique la profesión. Si el señor Rodríguez Morales solicitara admisión por primera vez, exigiríamos a la Comisión de Reputación investigar cualquier señalamiento ético. El procedimiento para reinstalar una licencia no deber ser distinto al que se sigue para otorgarla, pues en ambos casos debemos asegurarnos de que la persona cuenta con las aptitudes necesarias."

El Juez Asociado señor Estrella Martínez no intervino.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo